﻿Citation Nr: AXXXXXXXX
Decision Date: 06/16/20 Archive Date: 06/16/20

DOCKET NO. 190808-38060
DATE: June 16, 2020

ORDER

The appeal is dismissed.

FINDING OF FACT

In December 2019, the Department of Veterans Affairs (VA)Veterans Health Administration (VHA) granted the claim of entitlement to payment or reimbursement for the use of an ambulance for transportation provided by Escambia County on May 26, 2017, which constitutes a full grant of the benefit sought on appeal. 

CONCLUSION OF LAW

As there is no justiciable case or controversy with respect to the claim of entitlement to payment or reimbursement for the use of an ambulance for transportation provided by Escambia County on May 26, 2017, the Veteran’s appeal as to such issue is moot and dismissed. 38 U.S.C. § 7105; 38 C.F.R. § 20.101.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from July 1963 to November 1964.

This case comes before the Board of Veterans’ Appeals (Board) on appeal from a July 2019 administrative decision from a Department of Veterans Affairs Medical Center (VAMC).

In August 2019, the Veteran selected the Direct Review lane when he opted into the Appeals Modernization Act (AMA) review system by submitting a VA Form 10182. The Veteran timely appealed the July 2019 administrative decision to the Board and requested Direct Review of the evidence considered by the AOJ; therefore, such issue is properly before the Board.

Entitlement to payment or reimbursement for the use of an ambulance for transportation provided by Escambia County on May 26, 2017.

Under 38 U.S.C. § 7105, the Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. See e.g., 38 C.F.R. § 20.101. In essence, a “case or controversy” involving a pending adverse determination to which the appellant has taken exception no longer exists. See Shoen v. Brown, 6 Vet. App. 456, 457 (1994). In this regard, in December 2019, Biloxi VA VHA granted the claim of entitlement to payment or reimbursement for the use of an ambulance for transportation provided by Escambia County on May 26, 2017. Such decision resulted in a full grant of the benefit sought on appeal. See Grantham v. Brown, 114 F.3d 1156, 1158-59 (Fed. Cir. 1997); Baughman v. Derwinski, 1 Vet. App. 563, 566 (1991). Consequently, there is no longer a pending adverse determination for the Board to adjudicate. 

(Continued on the next page)

Accordingly, the claim of entitlement to payment or reimbursement for the use of an ambulance for transportation provided by Escambia County on May 26, 2017, is moot and the Veteran’s appeal must be dismissed.

 

 

C. CRAWFORD

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board Brennae L. Brooks, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.